UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61413-CV-COHN

MICHAEL BLOCK, pro se,
JOHN DOE, a minor child, pro se

Magistrate Judge Seltzer

    Plaintiffs,

vs.

THE SCHOOL BOARD OF BROWARD COUNTY,
a/k/a BROWARD COUNTY PUBLIC SCHOOLS,
MAUREEN DINNEN, JENNIFER GOTTLIEB and STEPHANIE
KRAFT, ESQ., individually and as School Board Commissioners,
JAMES F. NOTTER, individually and as School Board
Superintendent, and CHARLIE CRIST, Florida Governor,

    Defendants.
_____/

## ORDER DENYING REQUEST TO STOP DEFENDANTS FROM COMPELLING STUDENTS TO LISTEN TO PRESIDENTIAL SPEECH

THIS CAUSE is before the Court upon Plaintiff's Emergency Complaint Under the Civil Rights Act, 42 U.S.C. § 1983 (First Amendment) [DE 1 --filed September 8, 2009, docketed at 4:49pm]. The Court has carefully considered the verified complaint and is otherwise fully advised in the premises.

Plaintiff Michael Block filed a pro se, verified complaint on his behalf and on behalf of his minor grandchild. Mr. Block is the child's guardian. Among other requests, Mr. Block seeks emergency relief, including having this Court issue "an Emergency Temporary Restraining Order, to stop Defendants from compelling Students to listen to this President Obama speech, or any such speech, except in accordance with legally adopted Board curriculum, which conforms with the requirements of state and federal laws, including the right not to listen under the First Amendment of the U.S. Constitution."

The Court did not receive a copy of the verified, emergency complaint until late this afternoon, after the speech had already been broadcast. Thus, the request to stop Defendants from compelling students to listen to President Obama's speech is moot, as the speech was broadcast earlier today. The Court will enter further orders upon service of the Complaint upon Defendants as to the other requests for relief.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's request for the Court to issue an Emergency Temporary Restraining Order to stop Defendants from compelling students to listen to President Obama speech is hereby **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of September, 2009.

_____
JAMES I. COHN
United States District Judge

Copies furnished via mail to:

Michael Block, pro se
830 NE 18th Street
Fort Lauderdale, FL 33305